WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, AmeriHome Mortgage Company, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ESTRADA, | Case No.: 2:26-cv-01437-APG-BNW |
| Plaintiff, | **MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT (FIRST REQUEST)** |
| vs. | |
| AMERIHOME MORTGAGE COMPANY LLC; NATIONAL DEFAULT SERVICING CORPORATION; WEDGEWOOD LLC; NEIGHBOR TO NEIGHBOR HOMES LLC; and HOME MEANS NEVADA, INC., | |
| Defendants. | |

Defendant, AmeriHome Mortgage Company, LLC (Defendant"), by and through its counsel of record, hereby applies to this Honorable Court for an Order to Extend Deadline to Respond to Plaintiff's Third Amended Complaint.

On May 11, 2026, Plaintiff filed his Complaint [ECF No. 1]. On May 21, 2026, Plaintiff filed his First Amended Complaint [ECF No. 10] and Second Amended Complaint [ECF No. 12]. On May 28, 2026, Plaintiff filed his Third Amended Complaint [ECF No. 15]. Defendant was served with Plaintiff's Third Amended Complaint on June 4, 2026. The deadline for Defendant to respond to Plaintiff's Third Amended Complaint is June 25, 2026. On June 23, 2026, Defendant's counsel contacted Plaintiff for his approval of extending the deadline for Defendant to respond to Plaintiff's Third Amended Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter. On June 24, 2026, Plaintiff indicated he would not grant the extension.

WHEREAS, Defendant hereby requests an Order granting to extend the deadline for

Defendant to file its responsive pleading to Plaintiff's Third Amended Complaint to July 24, 2026.

This is the first motion for an extension of time for Defendant to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 24th day of June, 2026.

WRIGHT, FINLAY & ZAK, LLP

/s/ Ramir M. Hernandez
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Defendant, AmeriHome Mortgage Company, LLC*

## **ORDER**

Before this Court is Defendant's motion to extend time to file its responsive pleading. Plaintiff does not oppose. Accordingly, the motion is GRANTED. *See* Local Rule 7-2(d).

UNITED STATES MAGISTRATE JUDGE

DATED:    July 2, 2026

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT (FIRST REQUEST)** on the 24th day of June, 2026, to all parties on the CM/ECF service list.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP