**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ESTRADA, individually and as beneficiary of the NUBIA NATINAL TRUST BANK,<br><br>     Plaintiff<br><br>v.<br><br>AMERIHOME MORTGAGE COMPANY LLC, et al.,<br><br>     Defendants | Case No.: 2:26-cv-01437-APG-BNW<br><br>**Order for Amerihome to Respond to Plaintiff's Motion for Temporary Restraining Order** |

I HEREBY ORDER defendant AmeriHome Mortgage Company to respond to Michael Estrada's motion for temporary restraining order (ECF No. 3) by July 24, 2026.  Estrada may file a reply in support of his motion within 10 days of AmeriHome's response.

DATED this 6th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE