WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, AmeriHome Mortgage Company, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ESTRADA,<br><br>Plaintiff,<br>vs.<br><br>AMERIHOME MORTGAGE COMPANY LLC; NATIONAL DEFAULT SERVICING CORPORATION; WEDGEWOOD LLC; NEIGHBOR TO NEIGHBOR HOMES LLC; and HOME MEANS NEVADA, INC.,<br><br>Defendants. | Case No.: 2:26-cv-01437-APG-BNW<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

Stephanie A. Garabedian, Esq. ("Ms. Garabedian"), of the law firm of WRIGHT, FINLAY & ZAK, LLP ("WFZ"), counsel of record for Defendant, AmeriHome Mortgage Company, LLC, requests removal of attorney Ramir M. Hernandez, Esq., from the CM/ECF Service List in the above-captioned matter. This matter has been reassigned within WFZ and Ms. Garabedian will be responsible for the day-to-day handling of this case, while Ramir M. Hernandez, Esq. will not be involved in any capacity going forward.

Ms. Garabedian is on the CM/ECF Service List and will continue to receive CM/ECF notices. As a result, it is no longer necessary that Ramir M. Hernandez, Esq. receive CM/ECF notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Ramir M. Hernandez, Esq. be removed from the CM/ECF Service List in this matter.

DATED this 11th day of August, 2026.

WRIGHT, FINLAY & ZAK, LLP

/s/ Stephanie A. Garabedian
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Defendant, AmeriHome Mortgage Company, LLC*

**IT IS SO ORDERED.**

Dated this 12th day of August, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE