WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, AmeriHome Mortgage Company, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ESTRADA,<br><br>Plaintiff,<br>vs.<br><br>AMERIHOME MORTGAGE COMPANY LLC; NATIONAL DEFAULT SERVICING CORPORATION; WEDGEWOOD LLC; NEIGHBOR TO NEIGHBOR HOMES LLC; and HOME MEANS NEVADA, INC.,<br><br>Defendants. | Case No.: 2:26-cv-01437-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF AMERIHOME MORTGAGE COMPANY WITHOUT PREJUDICE** |

Plaintiff Michael Estrada (**Plaintiff**) representing himself in *pro se*, and Defendant, AmeriHome Mortgage Company ("AmeriHome") by and through its counsel of record the law firm of Wright Finlay & Zak, LLP, (collectively, the **Parties**), hereby stipulate and agree as follows:

WHEREAS:

1. Plaintiff filed his Second Amended Complaint on May 28, 2026 [ECF No. 15];

2. AmeriHome filed its Answer on July 24, 2026 [ECF No. 31]; and

3. Plaintiff agrees to voluntarily dismiss all pending claims against AmeriHome without prejudice in exchange for a waiver of all fees and costs;

/ / /

/ / /

/ / /

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that Plaintiff' Second Amended Complaint against AmeriHome shall be dismissed in its entirety ***without prejudice***.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties.

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation.

**IT IS SO STIPULATED**.

Dated this 3rd day of September, 2026.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie Garabedian*
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorney for Defendant, AmeriHome Mortgage Company, LLC*

Dated this 3rd day of September, 2026.

[signature]

Michael Estada
1025 Bluebird Hill Avenue
Las Vegas, NV 89084
*Plaintiff in pro person*

**ORDER**

IT IS SO **ORDERED**.

DATED: September 9, 2026

[signature]

UNITED STATES DISTRICT COURT JUDGE